UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, for herself and on behalf of all other persons similarly situated,

                      Plaintiff,

-against-

NEW SOHO GALLERY, INC.,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

19 Civ. 11541 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 20, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by February 12, 2020. Those submissions are now overdue. Accordingly, it is ORDERED that by no later than the end of today, **Ferbruary 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: February 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge