Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

Facsimile: 212.229.2246

February 13, 2020

**VIA ECF**

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Mendez v. New Soho Gallery, Inc*, 19 CV 11541

Dear Judge Torres:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves for an adjournment of the February 19, 2020, initial conference and an adjournment of the deadline to submit a joint letter and case management plan in anticipation of the conference *sine die*. The defendant has not appeared in this action nor answered the complaint. Therefore, the plaintiff cannot submit a joint letter or joint case management plan and an initial conference would not be productive at this time.

    I thank the Court for its time and consideration.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for February 19, 2020 is ADJOURNED to **April 13, 2020**, at **12:00 p.m.** By **April 6, 2020**, the parties shall submit their joint letter and proposed case management plan.

Respectfully submitted,

John M. Gurrieri

SO ORDERED.

Dated: February 13, 2020
        New York, New York

**ANALISA TORRES**
United States District Judge