UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, for herself and on behalf of all other persons similarly situated,

                       Plaintiff,

-against-

NEW SOHO GALLERY, INC.,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2020

19 Civ. 11541 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 13, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by April 6, 2020, in advance of the initial pretrial conference scheduled for April 13, 2020. ECF No. 11. Those submissions are now overdue. Accordingly, it is ORDERED that by **April 8, 2020,** the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 7, 2020
       New York, New York

ANALISA TORRES
United States District Judge