UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, for herself and on
behalf of all other persons similarly situated,

               Plaintiff,

               –against–

NEW SOHO GALLERY, INC.,

               Defendant.

19 CV 11541

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246

Dated: New York, New York
       April 14, 2020

**ATTORNEYS FOR PLAINTIFF**

**So ordered.**

Dated: New York, New York

_____
Analisa Torres,
United States District Judge

1